IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | Case No: 3:11-cr-00083-15 |
| ) | JUDGE HAYNES |
| CARLOS FLETCHER, ) | |

## MOTION FOR EXCULPATORY EVIDENCE

*[Handwritten annotation: ORDER. As provided by local rule, this motion is GRANTED. [signature] 4-30-12]*

Comes now the Defendant, Carlos Fletcher by and through counsel, Jim Todd, pursuant to Federal Rule of Criminal Procedure 16 and <u>Brady v. Maryland</u>, 373 U.S. 83 (1963) respectfully requests the Court to ORDER the United States Attorney's Office to disclose any exculpatory evidence.

Defendant would submit that he is a charged co-defendant in a multi defendant conspiracy case. Defendant would submit that given the pleadings that have been submitted in this case it appears that certain co-defendants have provided proffers to the Government. Defendant would submit that based on counsel's experience, it is common during proffers for the Government to illiciate information regarding charged co-defendants.

Defendant respectfully requests the Government to disclose any information received in proffers that is exculpatory to the Defendant.

Respectfully submitted,

/s/ Jim Todd
JIM TODD #16320
HAGAN & TODD PLLC
218 Third Avenue North
Suite 200
Nashville, TN 37201
Phone: (615) 628-9111