FILED
IN CLERK'S OFFICE
AUG 31 2012
U.S. DISTRICT COURT
MID. DIST. TENN.

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES | No. 3:11-CR-00083 |
| v. | JUDGE HAYNES |
| CARLOS A. FLETCHER | |
| DEFENDANT | |

MOTION TO DISMISS INDICTMENT
AND / MEMORANDUM OF LAW

*[Handwritten annotation: Denied without prejudice to be renewed by the Defendant's counsel. 9-17-12]*

COMES NOW THE DEFENDANT, CARLOS A. FLETCHER, PROPRIA PERSONA, PURSUANT TO FED. R. CRIM. P. RULE 47(A), RESPECTFULLY, WOULD MOVE THAT THIS HONORABLE COURT DISMISS THE INDICTMENT WITH PREJUDICE.

I. THE DEFENDANT WOULD SUBMIT RELEVANT FACTS OF THE INSTANT MOTION INCLUDE;

A.) THAT PURSUANT TO A "WARRANTLESS ARREST" ON APRIL 18, 2011, A CRIMINAL COMPLAINT WAS