UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RECEIVED
IN CLERK'S OFFICE
SEP 04 2012
U.S. DISTRICT COURT
MID. DIST. TENN.

UNITED STATES

v.

No. 3:11-cr-00083
JUDGE HAYNES

CARLOS FLETCHER
　DEFENDANT

*[handwritten annotation: DNPSH / The motion is DENIED without prejudice to renew by Defendant's counsel. [signature] 9-17-12]*

MOTION FOR EXTENSION OF TIME TO FILE
NOTICE OF APPEAL AND / NOTICE OF APPEAL

COMES NOW THE DEFENDANT, CARLOS FLETCHER, PROPRIA PERSONA, PURSUANT TO F.R.A.P. RULE 4(B)(4) AND F.R.A.P. RULE 9 et. seq., RESPECTFULLY WOULD MOVE THIS HONORABLE COURT TO GRANT AN EXTENSION OF TIME TO FILE A "NOTICE OF APPEAL" AND FILE HIS "NOTICE OF APPEAL FOR REVIEW OF THIS HONORABLE COURT'S ORDER TO DENY PRE-TRIAL RELEASE.

IN SUPPORT OF THE INSTANT "MOTION" AND "NOTICE OF APPEAL" THE DEFENDANT WOULD EXCUSABLE NEGLECT AND/OR GOOD CAUSE MERITS INCLUDE;

1 OF 6