IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CARLOS ANTWAN FLETCHER ) | Case No. 3:11-cr-00083-15<br>Senior Judge Haynes |

## ORDER

In accordance with the Memorandum filed herewith, Defendant's motion to reduce or modify sentence pursuant to 18 U.S.C. § 3582(c)(2) (Docket Entry No. 810) IS **DENIED**.

It is so **ORDERED**.

ENTERED this the 29th day of February, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge